WRIGHT, FINLAY & ZAK, LLP
T. Robert Finlay, Esq., SBN 167280
Ronald M. Arlas, Esq., SBN 59091
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660
Tel: (949) 477-5050; Fax: (949) 477-9200

WRIGHT, FINLAY & ZAK, LLP
Ronald M. Arlas, Esq. SBN 59091
907 Sir Francis Drake Blvd.
Kentfield, Ca. 94904
Tel: 415/230-4350; Fax: 415/455-0370
rarlas@wrightlegal.net

Attorneys for Defendant OCWEN LOAN SERVICING, LLC

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA G. COY,<br><br>             Plaintiff<br><br>    vs.<br><br>OCWEN LOAN SERVICING, LLC,<br><br>             Defendant | Case No. 2:14-CV-02204-GEB-CKD<br><br>STIPULATION TO CONTINUE DATE FOR DISCLOSURE OF EXPERT WITNESSES; ORDER THEREON |

   Plaintiff GLORIA G. COY, ("plaintiff") filed this lawsuit originally in the Superior Court in and for the County of El Dorado on 7/7/14.  Defendant OCWEN LOAN SERVICING, LLC ("OLS"), removed the matter to federal court on 9/23/14 and filed its answer to said complaint on 9/26/14.  On 12/1/14, counsel for both parties filed a Joint Status Report.  On 12/8/14, this Court filed a Pretrial Scheduling Order.  While the parties have no issue with most of the Court's Scheduling Order, there is a problem with the requirement for disclosing expert witness as of 1/12/2015 with rebuttal expert witness disclosures due on or before 2/12/15.

   Specifically, the parties have been working towards a loan modification and therefore have agreed to delay discovery in order to minimize costs to their respective clients.  As such, neither

party has decided if they even need an expert witness for this case and if so, what type of expert and which such expert they should retain. As such, the parties agree that they cannot make the deadline in the Scheduling Order.

Wherefore, plaintiff, by and through her counsel, W. Christopher Sims, and defendant, Ronald M. Arlas, stipulate to extending the deadline for expert witness disclosures to Monday, November 30, 2015 and rebuttal expert witness disclosure to Weds., December 30, 2015.

SO STIPULATED

Dated:  1/8/15         /s/*W. Christopher Sims, Esq*.
W. CHRISTOPHER SIMS, ESQ.
Attorney for Plaintiff GLORIA G. COY

Dated:  1/8/15         /s/*Ronald M. Arlas, Esq*.
Ronald M. Arlas, Esq., Attorneys for
Defendant Ocwen Loan Servicing, LLC

**ORDER EXTENDING TIME FOR EXPERT AND REBUTTAL EXPERT DISCLOSURES**

Pursuant to the Stipulation executed by the parties, above, this Court hereby extends the time for disclosure of expert witnesses to November 30, 2015 and any rebuttal expert witnesses to December 30, 2015.

Dated:  January 12, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge