STEPHEN J. FOONDOS (SBN: 148982)
W. CHRISOPHER SIMS (SBN: 276969)
**UNITED LAW CENTER**
3013 Douglas Blvd., Suite 200
Roseville, CA 95661
Tel: (916) 367-0673
Fax: (916) 265-9000

Attorney for Plaintiff,
GLORIA G. COY

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| GLORIA G. COY<br><br>Plaintiff,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC; and DOES 1-50, inclusive,<br><br>Defendants. | Case Number: 2:14-CV-02204-GEB-CKD<br><br>**STIPULATION TO EXTEND FACT DISCOVERY CUT-OFF**<br><br>**Disc. Cut-off:** June 12, 2015<br>**Trial Date**:   January 26, 2016<br><br>**Action Filed:** September 23, 2014 (removed) |
|---|---|

    This Stipulation to Extend the Discovery Cut-off is entered by, between, and amongst GLORIA G. COY ("Plaintiff") and OCWEN LOAN SERVICING, LLC ("Defendant"), by and through their respective counsel.

    WHEREAS, the Court has set the trial date of January 26, 2016 with fact discovery to be completed by June 12, 2015;

    WHEREAS, the parties have been diligently engaged in settlement and resolution options;

    WHEREAS, the parties stipulate and agree that in the interests of justice and judicial economy, a continuance is necessary to facilitate settlement of the action and to reduce costs to the parties;

    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED BY AND

Stipulation to Extend Discovery Cut-Off
-1-

BETWEEN THE UNDERSIGNED COUNSEL FOR THE PARTIES HERETO:

1. The fact discovery cut-off date of June 12, 2015, be vacated and continued to August 14, 2015.

IT IS SO STIPULATED.

Dated: June 8, 2015              **UNITED LAW CENTER**
                                 A Professional Law Corporation

                            By:  */S/ W. Christopher Sims, Esq.*
                                 W. Christopher Sims, Esq.,
                                 Attorney for Plaintiff

Dated: June 8, 2015              **WRIGHT, FINLAY & ZAK**
                                 A Professional Law Corporation

                            By:  */S/ Ronald M. Arlas, Esq.*
                                 Ronald M. Arlas, Esq.,
                                 Attorney for Defendant

UNITED STATES DISTRICT COURT

EASSTERN DISTRICT OF CALIFORNA

| | |
|---|---|
| GLORIA G. COY,<br><br>    Plaintiff,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC; and DOES 1-50, inclusive,<br><br>    Defendants. | CASE NO. 2:14-CV-02204-GEB-CKD<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND FACT DISCOVERY COMPLETION DATE** |

  This matter is before the Court on the Stipulation of the parties to continue the Fact Discovery Cutoff Date to August 14, 2015.  The parties fact discovery cut-off shall now be completed by August 14, 2015.

  Dated:  June 9, 2015

                 _____
                 GARLAND E. BURRELL, JR.
                 Senior United States District Judge