UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA G. COY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OCWEN LOAN SERVICING, LLC,<br><br>　　　　Defendant. | No.  2:14-cv-02204-GEB-CKD<br><br>**ORDER RE: SETTLEMENT AND DISPOSITION** |

　　　　Plaintiff filed a Notice of Settlement on September 29, 2015, in which she states: "the parties have agreed to settlement terms in this case and are finalizing settlement documents. The Parties have agreed to file a Stipulation of Dismissal no later than ninety (90) days from the date of this Notice." (Notice of Settlement 1:21-24, ECF No. 13.)

　　　　Therefore, a dispositional document shall be filed no later than December 28, 2015. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed.  See E.D. Cal. R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

　　　　Further, in light of the referenced settlement, the final pretrial conference and trial are vacated. A status conference is scheduled to commence at 9:00 a.m. on January 19, 2016, in the event no dispositional document is filed, or if this

action is not otherwise dismissed. A joint status report shall be filed fourteen (14) days prior to the status conference.

IT IS SO ORDERED.

Dated: September 30, 2015

GARLAND E. BURRELL, JR.
Senior United States District Judge

2